## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jose Jacob O.E.,                                     Case No. 25-CV-03051 (ECT/DJF)

            Petitioner,

v.                                                          **ORDER**

Pamela Bondi; Kristi Noem; Homeland
Security; Todd M. Lyons; Immigration
and Customs Enforcement (ICE); Sirce
Owen; Executive Office for Immigration
Review; and Peter Berg,

            Respondents.

IT IS HEREBY ORDERED THAT:

1.    Respondents are directed to file an answer to the petition for a writ of habeas corpus of Jose Jacob O.E. on or before **August 15, 2025** certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2.    Respondents' answer should include:

    a.    Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b.    A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims and requests for relief; and

1

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.    If Petitioner intends to file a reply to respondent's answer, Petitioner must do so within 14 days of the date when the answer is filed.  Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: August 1, 2025                    *s/ Dulce J. Foster*
                                          DULCE J. FOSTER
                                          United States Magistrate Judge