UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jose J. O. E.,

      Petitioner,

v.

Pamela Bondi, *Attorney General*; Kristi
Noem, *Secretary, U.S. Department of
Homeland Security*; Department of
Homeland Security; Todd M. Lyons, *Acting
Director of Immigration and Customs
Enforcement*; Immigration and Customs
Enforcement; Sirce Owen, *Acting Director
for Executive Office for Immigration
Review*; Executive Office for Immigration
Review; Peter Berg, *Director, Ft. Snelling
Field Office Immigration and Customs
Enforcement*; and Ryan Shea, *Sheriff of
Freeborn County*,

      Respondents.

File No. 25-cv-3051 (ECT/DJF)

**ORDER**

---

The dispositive character of Respondents' subject-matter-jurisdiction-based objection to the Report and Recommendation [ECF No. 10] requires that further proceedings in this matter be heard and decided by the undersigned. And during a telephone status conference on this date, the parties agreed it makes sense to establish new procedures and deadlines to govern these further proceedings, bearing in mind this matter deserves prompt adjudication.

Therefore, based on the foregoing, and on all the files, records, and proceedings herein, **IT IS ORDERED THAT**:

1.      The deadlines established regarding Respondents' deadline to respond to Petitioner's motion [ECF Nos. 10 and 11 at 7], and Respondents' deadline to answer the petition [ECF No. 12] are **VACATED**.

2.      By not later than 12:00 noon on Friday, August 8, 2025, Respondents shall file a letter on CM/ECF indicating whether they will agree not to move Petitioner outside the District of Minnesota pending the matter's resolution, or for a period not less than thirty days from today.  New deadlines to govern further proceedings will be ordered following receipt of Respondents' submission.

Dated:  August 6, 2025                              s/ Eric C. Tostrud
                                                    Eric C. Tostrud
                                                    United States District Court