UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jose J. O. E., | File No. 25-cv-3051 (ECT/DJF) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, *Attorney General*; Kristi Noem, *Secretary, U.S. Department of Homeland Security*; Department of Homeland Security; Todd M. Lyons, *Acting Director of Immigration and Customs Enforcement*; Immigration and Customs Enforcement; Sirce Owen, *Acting Director for Executive Office for Immigration Review*; Executive Office for Immigration Review; Peter Berg, *Director, Ft. Snelling Field Office Immigration and Customs Enforcement*; and Ryan Shea, *Sheriff of Freeborn County*, | |
| Respondents. | |

Respondents filed a letter indicating that they:

> agree[] not to move Petitioner out of the District of Minnesota until September 5, 2025 or the resolution of the pending habeas matter, whichever comes earlier, with one caveat: in the event of an unforeseen circumstance or contingency and consistent with Petitioner's original request, ICE reserves the option, with 72 hours['] notice, to apply to the Court for permission to withdraw from this commitment or to move to dissolve any Order memorializing this commitment.

ECF No. 18. The Court appreciates Respondents' agreement regarding these matters.

Based on these representations, the following deadlines will govern further proceedings in this action:

1. Respondents shall file an answer to Petitioner Jose J. O. E.'s Petition for a writ of habeas corpus [ECF No. 1] on or before **August 15, 2025**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention considering the issues raised in the habeas petition.

    b. A copy of Petitioner's arrest warrant, if any, and copies of any other documents that have not yet been filed in this action that are needed to establish the asserted legal basis for Petitioner's apprehension, detention, or removal.

    c. A memorandum of law and fact explaining Respondents' legal position on Petitioner's claims and requests for relief. This includes, but is not limited to, an explanation of the legal authority allowing Respondents to proceed with Petitioner's apprehension under 8 U.S.C. § 1225 rather than 8 U.S.C. § 1226.

    d. Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.       If Petitioner wishes to file a reply to Respondents' answer, Petitioner must do so on or before **August 20, 2025**.

Dated:  August 8, 2025                                        s/ Eric C. Tostrud
                                                                     Eric C. Tostrud
                                                                     United States District Court