# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Jose Jacob Otero Escalante,<br><br>    Petitioner,<br><br>v.<br><br>Pamela Bondi, Kristi Noem, Department of Homeland Security, Todd M. Lyons, Immigration and Customs Enforcement, Sirce Owen, Executive Office for Immigration Review, Peter Berg, Ryan Shea,<br><br>    Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 25-cv-3051 ECT/DJF |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Jose J.O.E.'s petition for a writ of habeas corpus under 28 U.S.C. § 2241 [ECF No. 1], is **GRANTED IN PART**.

2. Respondents shall provide Petitioner Jose J.O.E. with a bond hearing under 8 U.S.C. § 1226(a) within 7 days of this Order.

Date: 8/28/2025                                                                                           KATE M. FOGARTY, CLERK